## Commonwealth *v.* Lee, Appellant.

Submitted
September 13, 1971. *Morton B. Weinstein,* and *Weinstein and Factor,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.